ANNA R. SCHUTTE, Appellant, v. CHRIS. G. HUPFEL, as Administrator, etc.,

of WALTER G. DOUGLAS, Deceased, and Individually, and Others, Respondents.— Judgment affirmed, with costs. No opinion. Present — Clarke, P. J., Merrell, Finch and Burr, JJ.